O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FLORDELIZA A. HAWKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | NO. CV 18-05518-JGB (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Complaint and Supplement thereto (Dkt. 18, 19), the Motion to Dismiss filed by the County of Ventura relating to claims alleged against all defendants in their official capacities (Dkt. 20, "Motion"), the Opposition to the Motion filed by Plaintiff (Dkt. 23), the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 25), the Objections to the Report and Recommendation/Request for Leave to Amend filed by Plaintiff (Dkt. 26), and the other records on file herein. The Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which

objections have been made.

IT IS HEREBY ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation is approved and accepted.

2. The Motion is granted and Plaintiff's claims against all defendants in their respective official capacities are dismissed without leave to amend and with prejudice;

3. Plaintiff's claims against all defendants in their respective individual capacities are dismissed without prejudice; and

4. Judgment shall be entered accordingly.

Dated: January 29, 2019

JESUS G. BERNAL
United States District Judge