O
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FLORDELIZA A. HAWKINS, | NO. CV 18-05518-JGB (JDE) |
| Plaintiff, | |
| v. | JUDGMENT |
| CALIFORNIA HEALTH AND HUMAN SERVICES, et al., | |
| Defendants. | |

Pursuant to the Orders Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED as follows:

1.     This action is dismissed with prejudice as to all defendants in their respective official capacities;

2.     This action is dismissed without prejudice as to all defendants in their respective individual capacities.

Dated:  January 29, 2019

JESUS G. BERNAL
United States District Judge